Approved: _____
JAMES MCMAHON
Assistant United States Attorney

Before:     THE HONORABLE JUDITH C. McCARTHY
            United States Magistrate Judge
            Southern District of New York

- - - - - - - - - - - - - - - - - - -  x
                                       :
UNITED STATES OF AMERICA               :      20 Mag. 2719
                                       :
           - v. -                      :      RULE
                                       :      5(c)(3)
                                       :      AFFIDAVIT
BRYAN WILLIAM FITZPATRICK,             :
                                       :
                    Defendant.         :
                                       :
- - - - - - - - - - - - - - - - - - -  x

SOUTHERN DISTRICT OF NEW YORK, ss:

      MOHAMED SABRAH, being duly sworn, deposes and says that he is a Postal Inspector with the United States Postal Inspection Service, and charges as follows:

      On or about March 9, 2020, the United States District Court for the Southern District of Ohio issued a warrant for the arrest of Bryan William Fitzpatrick based on a complaint charging him with conspiracy to distribute a controlled substance, in violation of 21 U.S.C. § 846. A copy of the arrest warrant is attached hereto and incorporated by reference herein.

      I believe that Bryan William Fitzpatrick, the defendant, who was taken into the custody of the Postal Inspection Service on March 10, 2020, in the Southern District of New York, is the same individual as Bryan William Fitzpatrick who is wanted by the United States District Court for the Southern District of Ohio.

2

The bases for my knowledge and for the foregoing charge are, in part, as follows:

1. I am a Postal Inspector. I have been personally involved in determining whether Bryan William Fitzpatrick, the defendant, is the same individual as the Bryan William Fitzpatrick named in the attached arrest warrant. Because this Affidavit is being submitted for the limited purpose of establishing the identity of the defendant, I have not included in this Affidavit each and every fact that I have learned. Where I report statements made by others, those statements are described in substance and in part, unless otherwise noted.

2. Based on my review of documents from proceedings in the United States District Court for the Southern District of Ohio, I know that, on or about March 9, 2020, the United States District Court for the Southern District of Ohio issued the attached arrest warrant. The Arrest Warrant was issued based on a complaint charging Bryan William Fitzpatrick with conspiring to distribute controlled substances, in violation of 21 U.S.C. § 846 (the "Complaint"). The Complaint was filed in connection with case number 2:20-mj-174 in the Southern District of Ohio.

3. On March 10, 2020, at approximately 8:00 PM, I arrested Bryan William Fitzpatrick, the defendant, at his current residence in Larchmont, NY. Postal Inspectors had previously seen Bryan William Fitzpatrick leave this residence and get into a blue Ford, registered to him, that was parked in front of the residence. I and other members of law enforcement arrested Bryan William Fitzpatrick at this Larchmont residence. In addition, based on my participation in this investigation, I

3

have seen a photograph of the driver's license of the Bryan William Fitzpatrick charged in the Complaint. The individual I arrested appears to be the individual pictured in the driver's license.

   WHEREFORE, I respectfully request that ANTHONY TYLER NASHATKA, the defendant, be imprisoned or bailed as the case may be.

                                    _____
                                    Postal Inspector Mohamed Sabrah

Sworn to before me this
10th day of March 2020.

_____
THE HONORABLE JUDITH C. McCARTHY
United States Magistrate Judge
Southern District of New York

AO 442 (Rev. 11/11) Arrest Warrant

## UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | | |
|---|---|---|
| United States of America<br>v.<br>Bryan William FITZPATRICK<br><br>_Defendant_ | ) ) ) ) ) ) ) | Case No. 2:20-mj-174 |

### ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_    BRYAN WILLIAM FITZPATRICK                                                                         ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 846 - Conspiracy to manufacture, distribute, dispense, or possess with intent to manufacture, dispense, or possess a schedule III controlled substance, anabolic steroids.

Date: 3-9-20

_Issuing officer's signature_

City and state:   Columbus, OH

Chelsey M. Vascura, U.S. Magistrate Judge
_Printed name and title_

| Return |
|---|
| This warrant was received on _(date)_ _____ , and the person was arrested on _(date)_ _____<br>at _(city and state)_ _____ .<br><br>Date: _____                                              _____<br>                                                                                                _Arresting officer's signature_<br><br>                                                                                                _____<br>                                                                                                _Printed name and title_ |